UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 09-mc-127-P-S |
| ) | |
| KEITH A. CORRIVEAU, ) | |
| ) | |
| Defendant ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 6) filed July 30, 2009, the Recommended Decision is **AFFIRMED**. Accordingly, it is **ORDERED** as follows:

1. That the Government's Petition to Enforce IRS Summons (Docket No. 1) is **GRANTED** and that Defendant is **ORDERED** to appear in response to said Summons before the IRS agent in South Portland, Maine on August 28, 2009 at 10:00 a.m.

2. That the Government's Motion for Issuance of Arrest Warrant (Docket No. 6) is **CONDITIONALLY GRANTED** giving the Defendant the opportunity to first appear and produce the requested records before the IRS agent on the above date and time.

3. In the event that Defendant fails to appear on the above date and time, the Government shall take the action recommended in the Magistrate Judge's Recommended Decision which is fully adopted as set forth therein.

          /s/ George Z. Singal
          United States District Judge

Dated this 21st day of August, 2009.